MARISA A. POCCI, ESQ.
Nevada Bar No. 10720
LITCHFIELD CAVO LLP
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
Pocci@LitchfieldCavo.com
*Attorneys for Defendant Plus Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lisa Medeiros,<br><br>    Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.; and Plus Credit Union,<br><br>    Defendants. | **CASE NO.:  2:24-cv-01206-APG-MDC**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT PLUS CREDIT UNION TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

       The current deadline for Defendant Plus Credit Union to respond to Plaintiff Lisa Medeiros' complaint is July 31, 2024.  Plus Credit Union has requested, and Plaintiff has agreed, that Plus Credit Union shall have up to and including August 30, 2024, to respond to Plaintiff's complaint to provide time for Plus Credit Union to investigate the dispute alleged in the complaint and for the parties to discuss potential early resolution of the claims asserted against Plus Credit Union.

1

1  This is the first request for such an extension, and it is made in good faith and not for purposes
2  of delay.
3  Dated: July 30, 2024

| LITCHFIELD CAVO LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| By: */s/ Marisa A. Pocci* <br> Marisa A. Pocci, Esq. <br> Nevada Bar No. 10720 <br> 3753 Howard Hughes Parkway, Suite 200 <br> Las Vegas, Nevada  89169 <br> Telephone:  (702) 949-3100 <br> Facsimile:  (702) 916-1776 <br> Pocci@LitchfieldCavo.com <br> *Attorneys for Plus Credit Union* | By: */s/ Gerardo Avalos* <br> Gerardo Avalos, Esq. <br> Nevada Bar No. 15171 <br> George Haines, Esq. <br> Nevada Bar No. 9411 <br> 8985 South Eastern Ave., Suite 100 <br> Las Vegas, Nevada 89123 <br> *Attorneys for Plaintiff Lisa Medeiros* |

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

DATED: 8/2/2024

2